State v. Rice; State v. Doss

STATE OF NORTH CAROLINA v. ELLA MAE RICE

No. 7318SC224

(Filed 23 May 1973)

**Criminal Law § 23— guilty pleas — voluntariness**

> The record affirmatively discloses that defendant freely, undertandingly and voluntarily pleaded guilty to charges of possession of taxpaid whiskey for the purpose of sale and sale of taxpaid whiskey.

APPEAL by defendant from *Exum, Judge,* 18 September 1972 Session of Superior Court held in GUILFORD County, High Point Division.

*Attorney General Robert Morgan and Associate Attorney John M. Silverstein for the State.*

*Bob Scott for defendant appellant.*

HEDRICK, Judge.

The record affirmatively discloses that defendant, Ella Mae Rice, represented by privately employed counsel, freely, understandingly and voluntarily pleaded guilty to a two-count warrant, proper in form, charging her with possession of tax paid whiskey for the purpose of sale and the sale of tax paid whiskey to John Robinson. The judgment imposing a prison sentence of six months is within the limits prescribed by statute for the offenses charged. The judgment is

Affirmed.

Judges CAMPBELL and PARKER concur.